UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

WILLIAM H. COHEA, III
                                                    : Bankruptcy No. 17-14248REF
    Debtor(s)                                       : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: April 5, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

McCRYSTAL LAW OFFICES
MICHAEL J McCRYSTAL ESQ
151 MAIN STREET SUITE A
EMMAUS PA 18049-

WILLIAM H. COHEA, III
352 S. BROAD ST.
BANGOR,PA.18013-2216