United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14248-ref
William H. Cohea,, III                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith              Page 1 of 2              Date Rcvd: Apr 05, 2018
                             Form ID: pdf900          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2018.
db              William H. Cohea,, III,    352 S Broad St,    Bangor, PA   18013-2216
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA   19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              Wells Fargo Bank, N.A., Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN  55121-7700
13937655      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
13937656        Barclays Bank of Delaware,    125 S West St,    Wilmington, DE 19801-5014
13937657        Chase/Bank One Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
13937659        Pay Pal Credit,    PO Box 5138,    Timonium, MD 21094-5138
13937660        Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
13937661        Sunoco Citibank CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
13937662      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Corp,    5005 N River Blvd NE,
                 Cedar Rapids, IA 52411-6634)
14009241       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14013244       +Toyota Motor Credit Corporation,    c/o KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
13998983       +WELLS FARGO BANK, N.A.,    c/o Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Blvd.,
                 Suite 1400,    Philadelphia, PA 19103-1814
13937663        Wells Fargo Bank,    PO Box 31557,    Billings, MT 59107-1557
14002821        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
14000555        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN  55121-7700
13998976        Wells Fargo Bank, N.A.,    Default Documents Processing,    N9286-01Y,  1000 Blue Gentian Road,
                 Eagan, MN  55121-7700
13937664        Wells Fargo Card,    PO Box 14517,    Des Moines, IA 50306-3517
13937665        Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 06 2018 01:51:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 06 2018 01:51:25     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13937658        E-mail/Text: mail@nepafcu.org Apr 06 2018 01:51:08     NE PA Community FCU,    934 N 9th St,
                 Stroudsburg, PA 18360-1208
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                     Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Keith                 Page 2 of 2                    Date Rcvd: Apr 05, 2018
                              Form ID: pdf900             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2018 at the address(es) listed below:
              DAVE P. ADAMS     on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MICHAEL J. MCCRYSTAL     on behalf of Debtor William H. Cohea,, III mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              ROLANDO  RAMOS-CARDONA     on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              THOMAS YOUNG.HAE SONG     on behalf of Creditor    WELLS FARGO BANK, N.A paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

WILLIAM H. COHEA, III

                                         : Bankruptcy No. 17-14248REF

        Debtor(s)                  : Chapter 13

### ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____

**Date: April 5, 2018**

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

McCRYSTAL LAW OFFICES
MICHAEL J McCRYSTAL ESQ
151 MAIN STREET SUITE A
EMMAUS PA 18049-

WILLIAM H. COHEA, III
352 S. BROAD ST.
BANGOR,PA.18013-2216